Office of the Clerk
Angela D. Caesar, Clerk of Court
United States District Court for the District of Columbia[1]
333 Constitution Ave.
Washington, D.C.
United States

| | |
|---|---|
| James Thomas McBride, Non-Fiduciary Agent for<br>ONE GLOBAL ESTATE, Private Business Trust<br>c/o 1300 Pennsylvania Ave. NW #190-626<br>Washington, DC 20004<br>United States<br>And<br>James Thomas McBride, Beneficiary and<br>327+ Million Jane & John Does<br>Beneficiaries/ Co-Claimants - To be Named<br>                                  Claimants<br>Vs<br><br>Steven Terner Mnuchin,    in personum<br>c/o Office of the Custodian of the Alien Property<br>Judgment<br>Office of the Sec. of the Treasury<br>United States Treasury<br>1500 Pennsylvania Ave. NW,<br>Washington, DC 20220<br>United States | 1:19-cv-0060 RC<br><br>In Equity<br><br>50 USC 4309(a)<br><br><br><br><br><br><br>Entry of Evidence<br><br>Affidavit of Truth |

Now comes the Claimant with an affidavit of truth to be entered in evidence.

*Certificate of Service*
*I have filed/Served a copy on the Parties*

*James Thomas McBride* (signature)

---

[1] In subsec. (a), act June 25, 1936, substituted "the district court of the United States for the District of Columbia" for "the Supreme Court of the District of Columbia", and act June 25, 1948, as amended by act May 24, 1949, substituted "United States District Court for the District of Columbia" for "district court of the United States for the District of Columbia".

**RECEIVED**
APR 30 2019
Clerk, U.S. District and Bankruptcy Courts

## Affidavit of Fact

I, James Thomas McBride, beneficiary, a living woman having firsthand knowledge of the facts set forth herein, do hereby depose and say, to wit:

I, James Thomas McBride, Claimant and Defendant, Steven Terner Mnuchin, Custodian of the Alien Property, are party to a trust relationship as set forth in 50 USC Ch 53 sec 4301 et seq, The Trading With The Enemy Act (TWEA). As a result of said trust relationship Claimant has a beneficial right and the Defendant has a fiduciary duty to perform/deliver said beneficial right. The Defendant is in breach of trust withholding said beneficial right.

**FACT:** Claimant is a living woman, beneficiary in original jurisdiction as in the beginning God granted man dominion over all things to hold in trust;

**FACT:** As a result of the original trust relationship the Claimant enjoys an equal yet undivided portion of the whole;

**FACT:** In America the people, beneficiaries in original jurisdiction are the sovereigns holding the right, title and interest in the land known as America;

**FACT:** The United States operates on the good faith & credit of the people;

**FACT:** It is the people's beneficial right, title and interest in the land known as America that is the collateral for their good faith & credit;

**FACT:** FDR's 1933 New Deal created a Public Trust;

**FACT:** It is the property of the people, the beneficial right, title and interest in the land known as America that was 'Pledged' and conveyed to the Custodian of the Alien Property as the res of the trust;

**FACT:** 50 USC ch 53 sec 4301 et seq (TWEA) is the trust indenture of the Public Trust that identifies the Parties, their rights and duties and their relationship one to the other as well as the remedy and process for redemption of the property;

**FACT: 50 USC sec 4312 states 'The alien property custodian shall be vested with all of the powers of a common-law trustee** in respect of all property, other than money, which has been or

shall be, or which has been or shall be required to be, conveyed, transferred, assigned, delivered, or paid over to him in pursuance of the provisions of this chapter..';

**The alien property custodian shall be vested with all of the powers of a common-law trustee** in respect of all property, other than money, which has been or shall be, or which has been or shall be required to be, conveyed, transferred, assigned, delivered, or paid over to him in pursuance of the provisions of this chapter';

**The alien property custodian shall be vested with all of the powers of a common-law trustee** in respect of all property, other than money, which has been or shall be, or which has been or shall be required to be, conveyed, transferred, assigned, delivered, or paid over to him in pursuance of the provisions of this chapter,';

**FACT: Sec 4312** further states; 'All moneys (including checks and drafts payable on demand) paid to or received by the alien property custodian pursuant to this chapter shall be deposited forthwith in the Treasury of the United States, and may be invested and reinvested by the Secretary of the Treasury in United States bonds or United States certificates of indebtedness, under such rules and regulations as the President shall prescribe for such deposit, investment, and sale of securities; and as soon after the end of the war as the President shall deem practicable, such securities shall be sold and the proceeds deposited in the Treasury.'

**FACT:** Said property is conveyed to the Custodian of the Alien Property, Trustee over the funds and NOT to the United States government;

**FACT: Sec 4309 states;** 'Claimant may institute a suit in equity in the United States District Court for the District of Columbia...'

**FACT:** A suit in equity is an in personum proceeding against the man and NOT against the United States government;

**FACT: Sec 4309;** '...to which suit the **Alien Property Custodian** or the **Treasurer of the United States**, as the case may be, shall be made a party defendant' and NOT the United States government;

**FACT:** 'The President of the United States is a co-trustee over the funds conveyed and/or held by the Custodian of the Alien Property;

**FACT:** All members of the BAR Association are foreign agents doing business in the United States and are required to register with the U S Attorney General under the Foreign Agent Registration Act (FARA);

**FACT: Sec 4320 states;** 'The Alien Property Custodian **is directed to pay** to the person entitled thereto, the net income (including dividends, interest, annuities, and other earnings), accruing and collected thereafter, in respect of any money or property held in trust for such person by the Alien Property Custodian or by the Treasurer of the United States for the account of the Alien Property Custodian, under such rules and regulations as the President may prescribe.';

**FACT: Sec 4307(e) states;** 'Any payment, conveyance, transfer, assignment, or delivery of money or property made to the alien property custodian hereunder shall be a **full acquittance and discharge** for all purposes of the obligation of the person making the same to the extent of same.';

**FACT:** Sec 4307(e) states that; 'or a **duly certified copy thereof shall be received in evidence** in all courts of the United States or other courts within the United States.';

**FACT:** Sec 4307(e) further states that; 'No person shall be held liable in any court for or in respect to anything done or omitted in pursuance of any order, rule, or regulation made by the President under the authority of this chapter.'

**FACT: Sec 4329 states;** the President or such officer or agency shall determine—

(1) that the person who has filed a notice of claim for return, in such form as the President or such officer or agency may prescribe, was the owner of such property or interest immediately prior to its vesting in or transfer to the Alien Property Custodian';

**FACT:** Claimant has filed a Notice of Claim and proof of ownership of the property immediately prior to conveyance in fulfilled the conditions precedent;

**FACT:** A certified copy of the Certificate of Live Birth is prima facia evidence of the conveyance of one's right, title and interest in the land known as America to the Custodian of the Alien Property in accordance with TWEA;

**FACT:** I, James Thomas McBride have never been an enemy of the state nor have I every had any interactions with an enemy of the state nor has the property ever been in the possession and/or control of an enemy of the state.

**Equity delights to do justice and not by halves**

I, James Thomas McBride, hereby certify and confirm the foregoing to be true, correct and complete and not mis-leading so help me God.

_____
James Thomas McBride Beneficiary

On this the 30th day of April, 2019, a man appeared before me, a notary public, identified himself to my satisfaction to be James Thomas McBride, confirmed and attested to the truth of the foregoing and affixed his signature hereto.

_____                                   seal
Notary signature

My commission expires on  December 14, 2021

TERESA M. FLETCHER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires December 14, 2021