Office of the Clerk
Angela D. Caesar, Clerk of Court
United States District Court for the District of Columbia[1]
333 Constitution Ave.
Washington, D.C.
United States

| | |
|---|---|
| **James Thomas McBride, Non-Fiduciary Agent for ONE GLOBAL ESTATE, Private Business Trust** <br> c/o 1300 Pennsylvania Ave. NW #190-626 <br> Washington, DC 20004 <br> United States <br> And <br> **James Thomas McBride, Beneficiary** and <br> **327+ Million Jane & John Does** <br> **Beneficiaries/ Co-Claimants - To be Named** <br><br> **Claimants** <br><br> Vs <br><br> **Steven Terner Mnuchin,    in personum** <br> c/o Office of the Custodian of the Alien Property <br> Office of the Sec. of the Treasury <br> United States Treasury <br> 1500 Pennsylvania Ave. NW, <br> Washington, DC 20220 <br> United States <br><br> **Defendant** | **In Equity** <br><br> **50 USC 4309(a)** <br><br> **1:19-cv-060 RC** <br><br><br><br><br><br> **MEMORANDUM** |

**Equity imputes an intent to fulfill an obligation**

The Claimants, beneficiaries and patriotic Americans, came before the court in full liability with the intent of redeeming the property held in our name by the Custodian, to facilitate the discharge of the debt thereby returning the accounts and America, to solvency. The Claimants, American beneficiaries, abhor limited liability that brings about the expansion of debt.

This matter came before the court on January 11, 2019 as a plan to resolve the National Banking Emergency, emerge from receivership returning America to solvency and prosperity.

---

[1] In subsec. (a), act June 25, 1936, substituted "the district court of the United States for the District of Columbia" for "the Supreme Court of the District of Columbia", and act June 25, 1948, as amended by act May 24, 1949, substituted "United States District Court for the District of Columbia" for "district court of the United States for the District of Columbia".

RECEIVED
MAY 15 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Although the United States, a non-Party to the suit, chose to insert themselves into this claim the Defendant, the Custodian of the Alien Property/Trustee over the claimed funds, has chosen to confess judgment thereby establishing in fact that the American people and the Defendant are party to a trust relationship. As a result of that trust relationship the Defendant has a fiduciary duty to invest and re-invest the property held in our name; a fiduciary duty to Pay the net earnings to the beneficial owners, the American people, and to provide the beneficiaries a full acquittal and discharge of all charges as a set off against those net earnings. The American people have a beneficial right to the net earnings and a full acquittal and discharge of all charges via set off against those net earnings.

We have established that the American people, beneficial owners of the property, have a beneficial right to discharge the debt and end the perpetual expansion of the debt.

### Equity will take jurisdiction to avoid a multiplicity of suits

The American beneficiaries are motivated to establish and execute the process for discharging our obligations so that we can bring an end to the continued expansion of the debt thereby returning America to solvency. To compel the parties to repeatedly re-establish their beneficial right and/or to file a multiplicity of suits at a great expenditure of resources by the court and the parties is contrary to the principles of equity and would serve only to burn precious resources and delay justice.

### Equity delights to do justice and not by halves

> "When a court of equity is presented with a good claim to equitable relief, and it is clear that the plaintiff also sustained monetary damages, the court of equity has jurisdiction to render legal relief, e.g., monetary damages. Hence equity does not stop at granting equitable relief, but goes on to render a full and complete collection of remedies." Gibson

**TWEA 50 USC 4316** "The district courts of the United States are given jurisdiction to make and enter all such rules as to notice and otherwise, and all such orders and decrees, and to issue such process as may be necessary and proper in the premises to enforce the provisions of this chapter.."

The U S District Court for Oregon has been instructed to exercise their fiduciary duty to establish the process for a full acquittal and discharge of charges brought via the court system as well as to establish a plan for

the distribution of the net earnings to the beneficial owners through the use of Warrants, the Department of Justices eVoucher system and the court's authority to issue the Claimants a MICR routing and account number for use in initiating Electronic Funds Transfers for the direct transfer of funds from an award or fund held by treasury that does not expand the debt.

The time has come to identify the Co-Claimants and facilitate their entry of evidence for immediate processing of claims. The Claimants hereby charge this court's fiduciary duty to prepare to administrate the discharge of debt by the American people to facilitate the emergence from receivership thereby returning America to solvency and prosperity.

ONE GLOBAL ESTATE, Private Business Trust, as the Primary Claimant, shall pre-screen and pre-process beneficial claims to be submitted electronically to the court for processing. ONE GLOBAL ESTATE shall enter into evidence all content required in the Section 4309 Notice of Claim for and on behalf of Co-Claimants/Beneficiaries. All evidence duly compiled by One Global Estate on behalf of Co-Claimants shall be certified true and correct bearing the seal of The Chair of Saint Peter and shall have the same force and effect as if notarized/certified by a notary Public.

I request leave of court to file electronically in this matter submitting Co-Claimant identification and evidence into the case for immediate processing.

Witness my hand and seal this the 15th day of May, 2019,

By _____
James Thomas McBride Agent

_____
James Thomas McBride Beneficiary

**Certificate of Service**

I, James Thomas McBride, certify and confirm that a true, correct and complete copy of the foregoing has been served on the Parties via Regular U S Mail, this the 15th day of May, 2019.

_____